IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER McCULLOUGH                                               PETITIONER

VS.                    CASE NO. 5:06CV00052 SWW/HDY

LARRY NORRIS, Director of the
Arkansas Department of Correction                               RESPONDENT

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 5th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE