IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER McCULLOUGH**                                      **PETITIONER**

VS.              **CASE NO. 5:06CV00052 SWW/HDY**

**LARRY NORRIS, Director of the
Arkansas Department of Correction**                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 5th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE